UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMES BRADDOCK

           Plaintiff(s),

VS.                                                                 2:01-CV-1461-PMP-PAL

CLARK COUNTY

           Defendant(s),

**ORDER FOR DESTRUCTION OF EXHIBITS**

The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and counsel having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the exhibits previously admitted in this matter.

Dated:  January 4, 2011.

**U.S. DISTRICT JUDGE**